BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States



FILED

JUN 0 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

ALL FUNDS MAINTAINED AT WELLS FARGO BANK BUSINESS CHECKING ACCOUNT NUMBER 6938572341, HELD IN THE NAME OF SANSCO IN AN AMOUNT UP TO AND INCLUDING $827,437.94,

ALL FUNDS MAINTAINED AT GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1250236-2 (MONEY MARKET), HELD IN THE NAME OF NICHOLAS STREET,

ALL FUNDS MAINTAINED AT GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1250236-9 (CHECKING), HELD IN THE NAME OF NICHOLAS STREET, AND

ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 7529334596 (CHECKING), HELD IN THE NAME OF SUNEET AGARWAL IN AN AMOUNT UP TO AND INCLUDING $44,271.18,

DEFENDANTS.

2:12-SW-0308-DAD

ORDER RE: REQUEST TO SEAL DOCUMENTS

1
2   Upon application of the United States of America and good cause having
3   been shown,
4   IT IS HEREBY ORDERED that the seizure warrant and seizure warrant
5   affidavit underlying the seizure warrant in the above-captioned proceeding shall
6   be filed under seal and shall not be disclosed to any person unless otherwise
7   ordered by this Court, with the exception that a copy of the seizure warrant will
8   be left at the scene of the seizure and with the account holder.
9   Date: 6/8/12

*Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28